UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| JASON COSTICK, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 5:23-cv-00198-GFVT-EBA |
| V. ) | |
| ) | **ORDER** |
| LEXINGTON-FAYETTE URBAN ) | |
| COUNTY GOVERNMENT, *et al.*, ) | |
| ) | |
| Defendants. | |

*** *** *** ***

This matter is before the Court on a Recommended Disposition filed by United States Magistrate Judge Edward B. Atkins. Plaintiff's counsel Gregory Crutcher filed a motion to withdraw as counsel for Plaintiff Joey Bardelas. [R. 28.] The Court issued an Order directing Mr. Bardelas to personally appear at a show case hearing or risk dismissal of this action. [R. 32.] The Show Cause Hearing was held on March 24, 2025 and Mr. Bardelas failed to appear. At the hearing, Mr. Crutcher advised that Mr. Bardelas has abandoned his claims.

After considering the record, Judge Atkins determined that Mr. Crutcher's Motion to Withdraw [R. 28] be denied as moot and Mr. Bardelas's claims be dismissed without prejudice. [R. 38 1-2.] Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's Report and Recommendation are also barred from appealing a district court's order adopting that Report and Recommendation. *United*

*States v. Walters*, 638 F.2d 947 (6th Cir. 1981). No objections have been filed, and the time to do so has now expired. Nevertheless, this Court has considered the record, and it ultimately agrees with the Magistrate Judge's recommendation.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. Magistrate Judge Edward B. Atkins's Report and Recommendation **[R. 38]** is **ADOPTED** and for the Opinion of the Court;

2. Plaintiff Joey Bardelas's claims be **DISMISSED WITHOUT PREJUDICE**;

3. Mr. Crutcher's Motion to Withdraw **[R. 28]** is **DENIED AS MOOT**; and

4. The Clerk is **DIRECTED** to mail Mr. Bardelas a copy of this report and recommendation via certified mail at 1965 Vicksburg Road, Lexington, Kentucky 40503, return receipt requested.

This the 22nd day of April, 2025.

Gregory F. Van Tatenhove
United States District Judge

2